IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JAN 0 2 2024
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| **CCA AND B, LLC,** | |
| *Plaintiff,* | **SEALED** |
| v. | Case No. 23-cv-5519-TWT |
| **A PUEE,** *et al.,* | |
| *Defendants.* | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff CCA and B, LLC d/b/a The Lumistella Company, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. YoJoy;

2. QING XIE TOYS;

3. JIANMEIGONGYI;

4. N/AWu han lan yong ke ji you xian gong si; and

5. zhihonglianchuangshenzhenkejiyouxiangongsi.

Dated: January 2, 2024.

Respectfully submitted,
THE SLADKUS LAW GROUP

s/ Jason Cooper
Carrie A. Hanlon

1

Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***