IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CCA AND B, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**A PUEE,** *et al.***,**<br><br>*Defendants.* | Case No.: 23-cv-5519 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff CCA and B, LLC d/b/a The Lumistella Company, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Honghan Craft;

2. XM Welcome to shopping;

3. TASAHNI;

4. DDP Home;

5. Zhijiangshiruzaishangmaoyouxiangongsi;

6. Hefeirongzhidianzikejiyouxiangongsi;

7. ChengDuQinGuangShengYiWangLuoKeJiYouXianGongSi;

8. GuangZhouShiChengRanKeJiYouXianGongSi; and

9. ShanXiShaChaoPianYuanShangMaoYouXianGongSi.

Dated: January 12, 2024.

        Respectfully submitted,
        THE SLADKUS LAW GROUP

        *s/ Abbie Cook*
        Carrie A. Hanlon
        Ga. Bar No. 289725
        E-mail: carrie@sladlaw.com
        Jason H. Cooper
        Ga. Bar No. 778884
        E-mail: jason@sladlaw.com
        Abbie Cook
        Ga. Bar No. 905603
        E-mail: abbie@sladlaw.com

        1397 Carroll Drive
        Atlanta, Georgia 30318
        Telephone: (404) 252-0900
        Facsimile: (404) 252-0970

        ***Attorneys for Plaintiff***